United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HOMES LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 04-00092 TEH<br><br>**ORDER DENYING MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b).** |

On November 9, 2005, this Court granted Defendant's motion to dismiss claims four through ten of the instant complaint. On December 19, 2005, Plaintiff, Shea Homes Limited Partnership ("Shea") filed the instant motion for Entry of Final Judgment Pursuant to Rule 54(b). Specifically, Shea seeks a final judgment on its fourth through tenth claims so that it may pursue an immediate appeal of the Court's November 9, 2005 Order.

Fed. R. Civ. P. 54 permits the Court to "direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay." "'It is left to the sound judicial discretion of the district court to determine the 'appropriate time' when each final decision in a multiple claims actions is ready for appeal.'" *Wood v. GCC Bend, LLC*, 422 F.3d 873, 878 (9th Cir. 2005) (citation omitted). Relevant considerations are the interests of sound judicial administration and avoiding piecemeal appeals. *Id*.

The Court is not persuaded that an immediate appeal is warranted in this case. Shea disputes the potential for any overlap between the dismissed and remaining claims, and contends that the possibility of additional jurisdictional rulings and appeals is speculative. While there may not be certainty in these matters, the Court is not convinced that an immediate appeal would be in the interests of sound judicial administration or avoid unnecessary piecemeal review in this case.

Accordingly, Plaintiff's motion for entry of judgment under Fed. R. Civ. P. 54(b) is denied.

**IT IS SO ORDERED.**

Dated: January 18, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2