Bingham McCutchen LLP
JAMES J. DRAGNA (SBN 91492)
TIFFANY R. HEDGPETH (SBN 175134)
BRYAN K. BROWN (SBN 192924)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Plaintiff
SHEA HOMES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HOMES LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 04-00092 TEH (WDB)<br><br>STIPULATION TO CHANGE THE DATE OF THE CASE MANGEMENT CONFERENCE |

Pursuant to Civil L.R. 7-1, plaintiff Shea Homes Limited Partnership ("Shea") and defendant the United States of America ("United States") hereby submit this stipulation requesting that the Court change the date of the case management conference that is currently set for April 24, 2006. The grounds for this request are as follows:

1.  At the January 23, 2006 case management conference, the Court lifted the stay on discovery and provided a 91-day period before the next case management conference. The Court scheduled the next case management conference for April 24, 2006 at 1:30 PM.

2.  On January 23, 2006, the United States propounded its First Set of Interrogatories and Requests for Production of Documents and its First Set of Requests for Admissions on Shea (the "United States' Discovery"). Shea's responses to the United States' Discovery are currently due on February 27, 2006.

3.  Shea believes that it cannot respond effectively to the United States' Discovery within the 35 days provided in the Federal Rules of Civil Procedure. The United

States is willing to continue the date that Shea's responses to the United States' First Set of Interrogatories and Requests for Production of Documents are due by 30 days, and continue the date that Shea's responses to the First Set of Requests for Admission are due by 10 days, provided that any such extension of discovery is reciprocal and does not prejudice the United States' efforts to conduct necessary discovery before the next case management conference. With the requested extension, Shea's responses to the United States' First Set of Interrogatories and Requests for Production of Documents will be due on March 29, 2006 and Shea's responses to the United States' First Set of Requests for Admission will be due on March 9, 2006.

WHEREFORE, the parties hereby stipulate as follows:

1. The case management conference originally scheduled for April 24, 2006, is rescheduled to ~~May 24, 2006~~ June 5, 2006 at 1:30 PM, or a date and time as soon thereafter as the Court establishes.

Respectfully submitted,

DATED: February 7, 2006          BINGHAM McCUTCHEN LLP

                                 By: _____
                                     James J. Dragna (SBN 91492)
                                     Tiffany R. Hedgpeth (SBN 175134)
                                     Bryan K. Brown (SBN 192924)
                                     Attorneys for Plaintiff
                                     SHEA HOMES LIMITED PARTNERSHIP

DATED: February 7, 2006          U.S. DEPARTMENT OF JUSTICE
                                 SUE ELLEN WOOLDRIGE
                                 Assistant Attorney General
                                 Environment & Natural Res. Division

                                 By: _____
                                     MARK A. RIGAU (SBN 223610)
                                     Attorneys for Defendant
                                     UNITED STATES OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 13, 2006

                                 By: _____
                                     HONORABLE THELTON E. HENDERSON
                                     Senior Judge, U.S. District Court
                                     Northern District of California

2